IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

MALIBU MEDIA, LLC,

        Plaintiff,

                              Case No. 1:14-cv-00761-JMS-MJD

  v.

PAUL STEPHENSON,

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Malibu Media, LLC, and Defendant Paul Stephenson, by and through their attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant Paul Stephenson respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant Paul Stephenson's claims against each other, with each party to bear its own attorneys' fees and costs.

                                        Respectfully submitted,

*/s/ Paul J. Nicoletti*                             /s/ *Matthew S. Tarkington*
Paul J. Nicoletti, Esquire                        Matthew S. Tarkington, Esquire
NICOLETTI LAW, PLC                           LEWIS & KAPPES, PC
33717 Woodward Avenue                      2500 One American Square
Suite 433                                                    Indianapolis, IN 46282
Birmingham, MI 48009                           Phone: 317-639-1210
Phone: 248-203-7800                              mtarkington@lewis-kappes.com
pauljnicoletti@gmail.com                         *Attorney for Defendant*
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 18, 2014, the foregoing *Stipulation of Dismissal* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

      By:  /s/ *Paul J. Nicoletti*
      Paul J. Nicoletti